UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. **'08 MJ 1141** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Christopher DEASON,** | ) | Transportation of Illegal Aliens |
| | ) | |
| Defendant(s) | ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 10, 2008**, within the Southern District of California, defendant **Christopher DEASON** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Gerardo Francisco SANTIAGO-Benitez, Emilio Arjimiro CELACRUZ-Gallegos, and Carlos CAMPOS-Garcia** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **APRIL 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Gerardo Francisco SANTIAGO-Benitez, Emilio Arjimiro CELACRUZ-Gallegos,** and **Carlos CAMPOS-Garcia** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 10, 2008, Border Patrol Agent E. Cortez was assigned to the Brown Field State Route 94 Checkpoint in Dulzura, California. Agent Cortez was conducting primary traffic check duties at the SR-94 Border Patrol Checkpoint while in full uniform. All lights and signs were visible and fully operational.

At approximately 4:50 pm, a burgundy Chevy Malibu approached Agent Cortez's position at primary with a single visible male occupant. On Agent Cortez's initial observation of the vehicle, the vehicle was riding very low in the rear with no visible occupants in the rear seat. Agent Cortez identified himself as a United States Border Patrol Agent and questioned the individual as to his immigration status, to which the driver responded that he was a United States citizen. The driver was later identified as the defendant **Christopher DEASON.** While talking to the defendant Agent Cortez observed that he appeared to be nervous and his speech was slurred. Agent Cortez was then directed the defendant to the secondary inspection area for a further immigration inspection.

At secondary, Agent R. Padron further inquired as to the defendants citizenship and then requested consent to search the trunk of his vehicle. The defendant gave consent to Agent Padron to search the trunk of his vehicle. During a visual inspection inside the trunk of the vehicle, three individuals later identified as **Gerardo Francisco SANTIAGO-Benitez, Emilio Arjimiro CELACRUZ-Gallegos, and Carlos CAMPOS-Garcia** were discovered to be hiding in the trunk.

Agent Padron questioned the individuals as to their citizenship status. Each of the three individuals stated that they were born in Mexico. Upon further questioning, each of the three individuals freely stated that they were citizens and nationals of Mexico and were not in possession of proper immigration documents that would allow them to enter or remain in the United States legally. All three illegal aliens were placed under arrest for being illegally present in the United States without admission. The defendant was placed under arrest for 8 USC 1324 Alien Smuggling. All four subjects were taken into the SR-94 Checkpoint for further processing.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Gerardo Francisco SANTIAGO-Benitez, Emilio Arjimiro CELACRUZ-Gallegos,** and **Carlos CAMPOS-Garcia** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay $2,300.00 to $2,500.00 (US) to be smuggled into the United States.

Executed on April 12, 2008, at 10:00 am.

*Irene S. Aguirre*
Irene S. Aguirre
Senior Patrol Agent

D Deason

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 04/10/2008, in violation of Title 8, United States Code, Section 1324.

*Barbara L. Major*
Barbara L. Major
United States Magistrate Judge

4/12/08 at 10:22 AM
Date/Time