UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1141 | |
| Plaintiff ) | | |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| Christopher Deason ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

Christopher Deason

*Received U.S. Marshal Southern District of California 2008 MAY -6 P 4:28*

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Carlos Campos-Garcia

DATED: 5/6/08

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082